May 07, 2004

Charles Clay Warner Jr.
TDCJ-ID# 502362
2101 FM 369 N. Alfred Unit
Iowa Park, TX 76367-6568
Mr. Harold Joseph Liller
Attorney General's Office
P.O. Box 12548
Austin, TX 78711

RE: Case Number: 03-0214
 Court of Appeals Number: 06-02-00165-CV
 Trial Court Number: 01-C-1085-102

Style: CHARLES CLAY WARNER, JR.
 v.
 ZELDA G. GLASS

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Billy Fox |
| |Ms. Linda |
| |Rogers |